UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTINE GREEN** <br> o/b/o T.G. | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-6577-KDE-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF** <br> **SOCIAL SECURITY ADMINISTRATION** | |

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the motion of the plaintiff, Christine Green on behalf of her minor child, TG, for summary judgment (Rec. doc. 17) is GRANTED in PART and DENIED in PART; (2) the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 18) is DENIED; and (3) the action is REMANDED to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

New Orleans, Louisiana, this 7th day of December, 2010.

_____ <br>
UNITED STATES DISTRICT JUDGE
