UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTINE GREEN**<br>o/b/o T. G. | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-6577-KDE-SS** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF**<br>**SOCIAL SECURITY ADMINISTRATION** | |

## ORDER

The Court, after considering the application for attorney's fees and costs, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have not filed any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the application of the plaintiff, Christine Green on behalf of her minor child, TG, for attorneys fees (Rec. doc. 22) is GRANTED and she is awarded $3,277.50 as attorney's fees.

New Orleans, Louisiana, this 21st day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE